No. 593. FLETCHER v. McMAHON ET AL. October 20, 1941. Petition for writ of certiorari to the Court of Ap-

peals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Edmond C. Fletcher, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for John P. McMahon et al., and *Messrs. Richmond B. Keech* and *Vernon E. West* for Thomas M. Rives, respondents.